```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
J.B. HUNT TRANSPORT, INC.,                                         :
:
            Plaintiff,                                             :
:                    24-cv-1526 (LJL)
    -v-                                                            :
:                         ORDER
EJJ SANCHEZ LLC and NATIONAL SPECIALTY                             :
INSURANCE COMPANY,                                                 :
:
            Defendants.                                            :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

It is hereby ORDERED that counsel for all parties appear for a telephonic status conference on October 31, 2024, at 3:00 p.m. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

No later than October 24, 2024, the parties shall jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.

SO ORDERED.

Dated: October 18, 2024
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                             United States District Judge